## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC; MARION HEALTHCARE, LLC; and ANDRON MEDICAL ASSOCIATES, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>                      v.<br><br>BECTON, DICKINSON, AND COMPANY; PREMIER, INC.; VIZIENT, INC.; CARDINAL HEALTH, INC.; OWENS & MINOR INC.; HENRY SCHEIN, INC.; and UNNAMED BECTON DISTRIBUTOR CO-CONSPIRATORS,<br><br>                      Defendants. | **NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Justin M. Ellis hereby appears as counsel for Plaintiffs Marion Diagnostic Center, LLC, Marion HealthCare, LLC, and Andron Medical Associates, individually and on behalf of all others similarly situated.

May 3, 2018
New York, New York

                                                          <u>/s/ Justin M. Ellis</u>
                                                          Justin M. Ellis
                                                          MoloLamken LLP
                                                          430 Park Avenue
                                                          New York, NY 10022
                                                          T: (212) 607 8159
                                                          F: (212) 607 8161
                                                          jellis@mololamken.com

                                                          *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on May 3, 2018, I caused the foregoing Notice of Appearance to be served on all counsel of record by filing the same with the Court's CM/ECF system.

                                                     /s/ Justin M. Ellis