UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC, ET AL., <br>                               Plaintiffs, <br><br> v. <br><br> BECTON, DICKINSON, AND CO., et al. <br>                               Defendants. | Case No. 3:18-cv-01059 <br><br> Judge Nancy J. Rosenstengel |

**AGREED MOTION TO EXTEND TIME
FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

Cardinal Health, Inc. ("Cardinal Health"), by its undersigned attorneys, requests that this Court grant this agreed motion to extend the deadline for all Defendants to answer or otherwise respond to Plaintiffs' Complaint, and states as follows:

1. Plaintiffs filed their Complaint (Dkt. No. 1) on May 3, 2018.  Plaintiffs caused the Complaint to be served on Cardinal Health, and at least some other Defendants, on May 8, 2018.

2. Defendants request an extension of the deadline for answering or otherwise responding to the Plaintiffs' Complaint to June 29, 2018.  This is the first request for extension of time by Defendants to answer or otherwise respond to the Complaint.  This motion is not made for purposes of delay but to allow the Defendants to further investigate the allegations of the Complaint and to consolidate as much as possible the briefing of any arguments for dismissal pursuant to Fed. R. Civ. P. 12 or otherwise that Defendants may wish to make.

3. The Parties agree that the filing of this unopposed motion shall not constitute waiver of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil

Procedure, or (c) any other statutory or common law defenses that may be available to Defendants.

4. Counsel for Plaintiffs has been consulted and has agreed to this motion. Counsel for all Defendants have also been consulted and have agreed to this motion.

5. A draft order is attached to this Motion as Exhibit A and will also be submitted in a format compatible with Microsoft Word to NJRpd@ilsd.uscourts.gov.

Dated: May 23, 2018  Respectfully submitted,

/s/ Paula W. Render
Paula W. Render
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601
312-369-1555
prender@jonesday.com

Michelle Fischer
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
216-586-7096
mfischer@jonesday.com

*Counsel for Cardinal Health, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BECTON, DICKINSON, AND CO., et al. <br> Defendants. | Case No. 3:18-cv-01059 <br><br> Judge Nancy J. Rosenstengel |

**[PROPOSED] ORDER EXTENDING TIME
FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY ORDERED, pursuant to the agreement of the parties, that the deadline for all Defendants to answer or otherwise respond to Plaintiffs' Complaint is hereby extended to June 29, 2018.

Dated: May 23, 2018

_____
The Honorable Nancy J. Rosenstengel
United States District Judge

## CERTIFICATE OF SERVICE

I certify that I caused a copy of this Agreed Motion to Extend Time For All Defendants To Respond To Plaintiffs' Complaint to be served on all counsel of record via the Court's Electronic Filing system, and on counsel for the following parties via email:

*Counsel for Becton, Dickinson, and Co.*

Robert A. Atkins
Jacqueline P. Rubin
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. 212-373-3269
ratkins@paulweiss.com
jrubin@paulweiss.com

*Counsel for Henry Schein, Inc.*

Barack S. Echols
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel. 312-862-3144
barack.echols@kirkland.com

*Counsel for Premier, Inc.*

Terrence J. Dee
MCDERMOTT WILL & EMERY
444 West Lake Street
Chicago, IL 60606-0029
United States of America
Tel. 312-372-2000
tdee@mwe.com

*Counsel for Vizient, Inc.*

Bruce A. Blefeld
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002
Tel. 713-469-3854
BBlefeld@reedsmith.com

/s/ Paula W. Render
Paula W. Render
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601
312-369-1555
prender@jonesday.com