# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Marion Diagnostic Center, LLC. et al. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 18-cv-1059 |
| Becton, Dickinson, and Company et al. ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Premier, Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of California, District of Columbia, Maryland. The state and federal bar numbers issued to me are: 232297 (CA), 481359 (DC), 0012120147 (MD).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 5/24/18
Date

Signature of Movant

4 Park Plaza, Suite 1700
Street Address

William Diaz
Printed Name

Irvine, CA 92614-2559
City, State, Zip