IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC; MARION HEALTHCARE, LLC; AND ANDRON MEDICAL ASSOCIATES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>BECTON, DICKINSON, AND COMPANY; PREMIER, INC.; VIZIENT, INC.; OWENS & MINOR DISTRIBUTION INC.; MCKESSON MEDICAL-SURGICAL INC.; HENRY SCHEIN, INC.; and UNNAMED BECTON DISTRIBUTOR CO-CONSPIRATORS,<br><br>Defendants. | Case No.  3:18-CV-01059-NJR-RJD<br><br>Judge Nancy J. Rosenstengel |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MCKESSON MEDICAL-SURGICAL INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant McKesson Medical-Surgical Inc. states that it is an indirectly held subsidiary of McKesson Corporation, a publicly held corporation.  100% of the stock of McKesson Medical-Surgical Inc. is owned by McKesson Medical-Surgical Holdings Inc.

Dated: July 11, 2018                              Respectfully submitted,

                                            MCKESSON MEDICAL-SURGICAL INC.

/s/ *Richard L. Stone*
Richard L. Stone (*pro hac vice* pending)
David R. Singer (*pro hac vice* pending)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Tel: (213) 239-5100
Fax: (213) 239-5199
rstone@jenner.com
dsinger@jenner.com

Daniel T. Fenske
JENNER & BLOCK LLP
353 North Clark St.
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
dfenske@jenner.com

*Attorneys for Defendant McKesson Medical-Surgical Inc.*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I, Daniel T. Fenske, an attorney, certify that on July 11, 2018, I caused the foregoing **Corporate Disclosure Statement of Defendant McKesson Medical Surgical Inc., Entry of Appearance of Daniel T. Fenske, Motion for Pro Hac Vice Admission of Richard L. Stone, and Motion for Pro Hac Vice Admission of David R. Singer** to be served on all counsel of record listed via the Court's ECF system.

/s/ *Daniel T. Fenske*