## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST SAINT LOUIS DIVISION

| | | |
|---|---|---|
| Marion Diagnostic Center, LLC, et al. | ) | |
| | ) | No. 18-cv-1059-NJR-RJD |
| Plaintiffs, | ) | |
| v. | ) | Judge Nancy J. Rosenstengel |
| | ) | Magistrate Judge Reona J. Daly |
| Becton, Dickinson, and Company, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT VIZIENT, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vizient, Inc. states that it is a privately held corporation with no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  July 19, 2018

Respectfully submitted,

**REED SMITH LLP**

/s/ Bruce A. Blefeld

Bruce A. Blefeld
Edward W. Duffy
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3854
Fax: (713) 469-3899

Diane Green-Kelly
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone:  (312) 207-1000
Fax:  (312) 207-6400

*Attorneys for Defendant Vizient, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I served a true and correct copy of the foregoing Corporate Disclosure Statement of Vizient, Inc. on all counsel of record via the CM/ECF electronic filing system.

/s/ Edward W. Duffy
Edward W. Duffy
*Attorney for Vizient, Inc.*
