UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>BECTON, DICKINSON, AND CO., et al.,<br><br>     Defendants. | Case No. 3:18-cv-01059<br><br>Judge Nancy J. Rosenstengel |

**AGREED MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND TO SCHEDULE ORAL ARGUMENT**

  Plaintiffs Marion Diagnostic Center LLC, Marion HealthCare, LLC, and Andron Medical Associates, by their undersigned attorneys, respectfully request that this Court grant this agreed motion to extend the deadline for Plaintiffs to respond to Defendants' motions to dismiss and to schedule oral argument as to those motions. In support of their request, Plaintiffs state as follows:

  1. Defendants filed three motions to dismiss on July 20, 2018. Dkt. 83-85.

  2. Plaintiffs respectfully request a twenty-six-day extension of time to respond to the Defendants' motions to dismiss from August 23, 2018, to September 18, 2018. This is the first request for an extension of time by Plaintiffs to respond to the motions to dismiss. This motion is not made for purposes of delay, but to allow the Plaintiffs time to analyze and respond to three separate motions to dismiss.

  3. Counsel for Defendants have been consulted and have agreed to this extension.

4. The parties further jointly request oral argument on Defendants' motions once those motions have been fully briefed.

5. A draft order is attached to this motion and will also be submitted in a format compatible with Microsoft Word to NJRpd@ilsd.uscourts.gov.

Dated: July 27, 2018  
New York, New York

Respectfully submitted,

R. Stephen Berry  
Berry Law PLLC  
(Admitted *Pro Hac Vice*)  
1717 Pennsylvania Avenue, N.W.  
Suite 850  
Washington, DC 20006  
Telephone: (202) 296-3020  
Facsimile: (202) 296-3038  
sberry@berrylawpllc.com

/s/ Steven F. Molo  
Steven F. Molo  
Allison Gorsuch  
MoloLamken LLP  
300 North LaSalle Street  
Chicago, IL 60654  
Telephone: (312) 450-6700  
Facsimile: (312) 450-6701  
smolo@mololamken.com  
agorsuch@mololamken.com

Justin M. Ellis  
MoloLamken LLP  
430 Park Avenue  
New York, NY 10022  
Telephone: (212) 607-8160  
Facsimile: (212) 607-8161  
jellis@mololamken.com

Lee Goldsmith, J.D.-M.D.  
Goldsmith & Goldsmith, LLP  
*(Pro Hac Vice Petition Pending)*  
Park 80 West, Plaza One  
250 Pehle Avenue, Suite 401  
Saddle Brook, NJ 07336  
Telephone: (201) 429-7892  
Facsimile: (201) 291-9428  
lee@goldsmithlegal.com

*Attorneys for Plaintiffs and Proposed Class Co-Counsel*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BECTON, DICKINSON, AND CO., et al., <br><br> Defendants. | Case No. 3:18-cv-01059 <br><br> Judge Nancy J. Rosenstengel |

### [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND GRANTING ORAL ARGUMENT

IT IS HEREBY ORDERED, pursuant to the agreement of the parties, that the deadline for Plaintiffs to file responses to Defendants' motions to dismiss is hereby extended to September 21, 2018. The Court further finds oral argument warranted as to those motions and will schedule a hearing at the close of briefing.

Dated: July 27, 2018

_____
The Honorable Nancy J. Rosenstengel
United States District Judge

## CERTIFICATE OF SERVICE

    I certify that I caused a copy of the foregoing Agreed Motion to Extend Time For Plaintiffs to Respond to Defendants' Motions to Dismiss to be served on all counsel of record by filing it through the Court's CM/ECF system.

                                                  /s/ Steven F. Molo
                                                  Steven F. Molo
                                                  MoloLamken LLP
                                                  300 N. LaSalle St.
                                                  Chicago, IL 60654
                                                  T: (312) 450 6700
                                                  F: (312) 450 6701
                                                  smolo@mololamken.com