UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC; MARION HEALTHCARE, LLC; and ANDRON MEDICAL ASSOCIATES, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>BECTON, DICKINSON, AND COMPANY; PREMIER, INC.; VIZIENT, INC.; CARDINAL HEALTH, INC.; OWENS & MINOR DISTRIBUTION INC.; MCKESSON MEDICAL-SURGICAL INC.; HENRY SCHEIN, INC.; and UNNAMED BECTON DISTRIBUTOR CO-CONSPIRATORS,<br><br>      Defendants. | No. 18 Civ. 1059<br><br>Hon. Nancy J. Rosenstengel<br><br>**NOTICE OF APPEAL** |

  PLEASE TAKE NOTICE that Plaintiffs Marion Diagnostic Center, LLC, Marion Healthcare, LLC, and Andron Medical Associates, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered November 30, 2018, and from all prior orders and rulings merged therein.

Dated:  December 27, 2018
        Chicago, Illinois

|  |  |
|---|---|
| R. Stephen Berry<br>Berry Law PLLC<br>(Admitted *Pro Hac Vice*)<br>1717 Pennsylvania Ave., N.W.<br>Suite 850<br>Washington, D.C. 20006 | /s/ Steven F. Molo<br>Steven F. Molo<br>*Counsel of Record*<br>Allison M. Gorsuch<br>MoloLamken LLP<br>300 N. LaSalle St.<br>Chicago, IL  60654<br><br>Justin M. Ellis<br>MoloLamken LLP<br>430 Park Ave.<br>New York, N.Y. 10022 |

*Attorneys for Plaintiffs and Proposed Class Co-Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 27, 2018, I caused the foregoing Notice of Appeal to be served on all parties of record by filing the same with the Court's CM/ECF system.

/s/ Steven F. Molo