# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

**ORDER**

August 14, 2019

BEFORE

DIANE P. WOOD, Chief Judge

| No. 18-3735 | MARION HEALTHCARE, LLC., et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>BECTON DICKINSON & COMPANY, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:18-cv-01059-NJR-RJD<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel ||

The following are before the court:

1. **PLAINTIFF-APPELLANTS' UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT**, filed on August 7, 2019, by counsel for the appellants.

2. **PLAINTIFF-APPELLANTS' UNOPPOSED CORRECTED MOTION TO RESCHEDULE ORAL ARGUMENT**, filed on August 12, 2019, by counsel for the appellants.

**IT IS ORDERED** that the motions are **GRANTED** and the oral argument in this appeal scheduled for September 19, 2019, is **VACATED**.

form name: **c7_Order_Arg_M_O_Vac**(form ID: **224**)