# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 5, 2020

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:

DIANE P. WOOD, *Chief Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

AMY C. BARRETT, *Circuit Judge*

| | |
|---|---|
| No. 18-3735 | MARION HEALTHCARE, LLC, *et al.*, <br> Plaintiffs - Appellants <br><br> v. <br><br> BECTON DICKINSON & COMPANY, *et al.*, <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:18-cv-01059-NJR-RJD <br> Southern District of Illinois <br> District Judge Nancy J. Rosenstengel | |

We **VACATE** the judgment of the district court and **REMAND** for further proceedings in accordance with this opinion.

The above is in accordance with the decision of this court entered on this date. Each side will bear its own costs.

form name: **c7_FinalJudgment**(form ID: **132**)