UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC, et al. </br></br>     Plaintiffs,</br></br>v.</br></br>BECTON, DICKINSON, AND COMPANY, et al.,</br></br>     Defendants. | Case No. 3:18-cv-01059-NJR-RJD</br></br>Chief Judge Nancy J. Rosenstengel |

## MOTION TO WITHDRAW APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

Pursuant to Local Rule 83. l(g), the undersigned attorney respectfully moves to withdraw her appearance as counsel of record in this case on behalf of Cardinal Health, Inc. and respectfully requests that she be removed from the service list of attorneys in this case. The undersigned attorney is retiring from practice.

The appearance by other attorneys at Jones Day is unaffected by this request. Michelle K. Fischer will continue to act as lead counsel for Cardinal Health, Inc.

Dated: December 16, 2020

Respectfully submitted,

*/s/ Paula W. Render*
Paula W. Render
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601
312-782-3939
prender@jonesday.com

*Counsel for Cardinal Health, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Paula W. Render, certify that on December 16, 2020, I caused a true and correct copy of the foregoing **Motion to Withdraw Appearance and Request to Cease Service of Notices, Orders, Pleadings, and Documents** to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

*/s/ Paula W. Render*
Paula W. Render

*Counsel for Cardinal Health, Inc.*