# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Marion Diagnostic Center LLC, et al<br>*Plaintiff(s)*<br>v.<br>Becton Dickinson & Company, et al.<br>*Defendant(s)* | )<br>)<br>)  Case Number: 3:18-cv-01059-NJR<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   McKesson Medical-Surgical, Inc.,

DATED:   February 22, 2021

/s/ Michael T. Brody
Signature

Michael T. Brody
Name

353 N. Clark Street, Suite 4100
Address

312-923-2711
Phone Number

312-584-0484
Fax Number

mbrody@jenner.com
E-Mail Address

Rev. 2/11