# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
### (East St. Louis)

| | |
|---|---|
| **MARION HEALTHCARE, LLC, et al.,** | Case No. 18-cv-1059-NJR |
| Plaintiffs, | DATE: February 23, 2021 |
| v. | TIME: 3:00 PM – 4:40 PM |
| **BECTON DICKINSON & COMPANY, et al.,** | COURT REPORTER: Stephanie Rennegarbe |
| Defendants. | COURTROOM DEPUTY: Deana Brinkley |

# MINUTES OF COURT

**PRESIDING:** Honorable Nancy J. Rosenstengel, Chief U.S. District Judge

**COUNSEL FOR PLAINTIFFS:** Steven Molo, Allison Gorsuch, Justin Ellis

**COUNSEL FOR DEFENDANTS:** Jacqueline Rubin, Richard Cassetta, Robert Atkins, Stefani Wittenauer, William Michael, Michelle Fischer, Patrycja Ochman, Richard Stone, David Singer, and Michael Brody.

---

Matter called for hearing by video conference as to [151] Motion to Dismiss and [152] Motion to Dismiss.

Arguments heard. Motions taken under advisement. Order to issue.