## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST SAINT LOUIS DIVISION

| | | |
|---|---|---|
| MARION DIAGNOSTIC CENTER, LLC and MARION HEALTHCARE, LLC, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:18-cv-01059-NJR |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| BECTON, DICKINSON, AND COMPANY; CARDINAL HEALTH, INC.; and MCKESSON MEDICAL-SURGICAL INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE TO COURT REGARDING
## DEMONSTRATIVE PRESENTATIONS USED AT HEARING

Comes Now Defendant Becton, Dickinson and Company ("BD"), and for the Court's convenience, provides herewith a copy of the PowerPoint slides presented by Defendants during the February 23, 2021 Hearing on Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint. Defendant BD's presentation is attached hereto as **Exhibit A** and Defendant McKesson Medical-Surgical Inc.'s presentation is attached hereto as **Exhibit B.**

Dated:  February 24, 2021

Respectfully Submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

/s/Richard P. Cassetta
Richard P. Cassetta
Richard.cassetta@bclplaw.com
Stefani L. Wittenauer
Stefani.wittenauer@bclplaw.com
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

PAUL, WEISS, RIFKIND WHARTON & GARRISON LLP

Robert A. Atkins*
Jacqueline P. Rubin*
William Michael*
1285 Avenue of the Americas
New York, NY  10019
(212) 373-3000
*Admitted pro hac vice

Attorneys for Becton, Dickinson and Company

## CERTIFICATE OF SERVICE

I certify that on February 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard P. Cassetta
Richard P. Cassetta