IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC, and MARION HEALTHCARE, LLC, individually and on behalf of themselves and all those similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>BECTON, DICKINSON & CO., CARDINAL HEALTH, INC., and MCKESSON MEDICAL-SURGICAL, INC.,<br><br>            Defendants. | Case No. 3:18-CV-1059-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

   **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated **March 12, 2021** (Doc. 171), Plaintiffs' Amended Complaint (Doc. 150) is **DISMISSED with prejudice**. This entire action is **DISMISSED**, and the case is closed.

   DATED:   March 12, 2021

                                        MARGARET M. ROBERTIE,
                                        Clerk of Court

                                        By:   s/ *Deana Brinkley*
                                                Deputy Clerk


APPROVED:   s/ *Nancy J. Rosenstengel*
            NANCY J. ROSENSTENGEL
            Chief U.S. District Judge