# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC and MARION HEALTHCARE, LLC, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br> v.<br><br>BECTON, DICKINSON & CO., CARDINAL HEALTH, INC., and MCKESSON MEDICAL-SURGICAL INC.,<br><br>       Defendants. | No. 18 Civ. 1059<br><br>Hon. Nancy J. Rosenstengel<br><br>**NOTICE OF APPEAL** |

  PLEASE TAKE NOTICE that Plaintiffs Marion Diagnostic Center, LLC and Marion Healthcare, LLC, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered March 15, 2021, and from all prior orders and rulings merged therein.

Dated: March 23, 2021
Chicago, Illinois

Respectfully submitted,

R. Stephen Berry
Berry Law PLLC
1717 Pennsylvania Avenue, N.W., Suite 850
Washington, D.C. 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038
sberry@berrylawpllc.com

Kenneth E. Notter III
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
knotter@mololamken.com

/s/ Steven F. Molo
Steven F. Molo
*Counsel of Record*
Allison M. Gorsuch
MoloLamken LLP
300 North LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: (312) 450-6700
Facsimile: (312) 450-6701
smolo@mololamken.com
agorsuch@mololamken.com

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
jellis@mololamken.com

*Attorneys for Plaintiffs and Proposed Class Co-Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 23, 2021, I caused the foregoing Notice of Appeal to be served on all parties of record by filing the same with the Court's CM/ECF system.

March 23, 2021
Chicago, Illinois

/s/ Steven F. Molo
Steven F. Molo