# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 24, 2021

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-1513
>
> Caption:
> MARION DIAGNOSTIC CENTER, LLC and MARION HEALTHCARE, LLC,
> Plaintiffs - Appellants
>
> v.
>
> BECTON DICKINSON & COMPANY, CARDINAL HEALTH, INCORPORATED, and MCKESSON MEDICAL-SURGICAL, INC.,
> Defendants - Appellees

> District Court No: 3:18-cv-01059-NJR
> Clerk/Agency Rep Margaret M. Robertie
> District Judge Nancy J. Rosenstengel
>
> Date NOA filed in District Court: 03/23/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)